**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**UNITED STATES OF AMERICA**,

v.

**JAMES A. FOWLER**,

    Defendant.

Case No. 7:13-CR-33 (HL)

**ORDER**

    Before the Court are Defendant James A. Fowler's Motion for Continuance (Doc. 34) as well as his Motion for Psychological Evaluation (Doc. 35), the latter of which requests an order and funds for Defendant to be evaluated by Behavioral Medical Institute in Atlanta, Georgia. Defendant's motion for a psychological evaluation is denied, but, as outlined below, the Court hereby orders, pursuant to 18 U.S.C. § 3553(c), that a psychological examination be conducted and a report prepared for the Court before Defendant is sentenced. The motion for a continuance of Defendant's sentencing is, therefore, granted.

    The Court finds that more information concerning Defendant's psychological condition is desired for consideration at sentencing. The Court finds and orders that at least one qualified psychiatrist or psychologist, to be designated by the Bureau of Prisons, be and hereby is appointed, authorized, and directed by the Court to examine the mental condition of Defendant and return a report to the Court, counsel for Defendant, and counsel for the

Government. Such examination will include an assessment and report on the following specific matters: (1) Defendant's likelihood of committing physical sex crimes against children; (2) his likelihood of recidivism, i.e., his likelihood to repeat the same or similar offenses; (3) what underlying psychological factors, diseases, or defects led to his commission of the current offenses; (4) what treatments would be available to him and to what treatments he would be amenable; and (5) any other specific psychosexual information that would be relevant to his noncustodial and/or custodial treatment, placement, and/or hospitalization following sentencing. The report will include a description of the psychiatric, psychological, and medical tests that were employed and their results.

Defendant is committed to the custody of the Attorney General for placement in a suitable facility where he is to be examined. Defendant is committed to the custody of the Attorney General for a reasonable period, not to exceed 60 days, which shall not commence until Defendant is received at the facility designated for the evaluation.

It is further ordered that this Order shall be given to the United States Marshal of this Court who is hereby directed to convey this Order to the qualified psychiatrist or psychologist designated by the Bureau of Prisons and to make such other arrangements as are necessary for the examination of Defendant.

**SO ORDERED**, this the 24th day of April, 2014.

                                      *s/ Hugh Lawson*
                                      **HUGH LAWSON, SENIOR JUDGE**

scr