IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.   7:13-CR-33 (HL) |
| v. | : |
| JAMES A FOWLER | : |

### FINAL ORDER OF FORFEITURE

On February 7, 2014, pursuant to 21 U.S.C. ' 853(n), as incorporated by Title 18, United States Code, Section 2253, and Federal Rule of Criminal Procedure 32.2(b), this Court entered a Preliminary Order of Forfeiture against Defendant James A. Fowler.

Pending now before the Court is the United States= Motion For Final Order of Forfeiture.

The Court hereby makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1. This Court has jurisdiction of this matter pursuant to 18 U.S.C. ' 3231, and venue is proper pursuant to 18 U.S.C. ' 3232 and FED. R. CRIM. P. 18.

2. The United States has furnished due and legal notice of these proceedings as required by law by causing publication of notice of forfeiture and the intent of the United States to dispose of the property in accordance with the law.

3. The notice of forfeiture provided that any persons or entities having or claiming a legal right, title or interest in the property, within thirty (30) days of receipt of the notice, or no later than sixty (60) days from the first day of publication on the official internet government forfeiture website, *www.forfeiture.gov*, whichever is earlier, must

petition the United States District Court for the Middle District of Georgia for a hearing to adjudicate the validity of his or her alleged interest in the property pursuant to 21 U.S.C. ' 853(n), as incorporated by 18, U.S.C. ' 2253.

4. No other persons or entities filed third-party petitions asserting claims or interests in the property subject to forfeiture, and the time for filing such petitions has now expired.

THEREFORE IT IS HEREBY ORDERED THAT:

1. The Court=s February 7, 2014, Preliminary Order of Forfeiture is final and all right, title, and interest in the following described property is hereby forfeited to and vested in the United States, to be disposed of in accordance with the law, to wit:

    (a) Any visual depictions of minors engaged in sexually explicit conduct, including but not limited to those visual depictions referred to in Counts One and Two of the Indictment; and

    (b) One (1) Dell Inspiron Laptop computer, Serial Number 3MLV8H1, containing a 160 gigabyte, Serial AT Attachment (SATA), Samsung hard drive, Model Number HM160HI, Serial Number S14QJD0S354229.

2. The Court shall retain jurisdiction in the case for the purpose of enforcing this Order, pursuant to FED. R. CRIM. P 32.2(e).

SO ORDERED, this __14th__ day of __May_____, 2014.

                                __s/ Hugh Lawson__
                                HUGH LAWSON, SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
                                MIDDLE DISTRICT OF GEORGIA

PREPARED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

s/ DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO.   052683